AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IMARIS SANCHEZ, on behalf of herself and all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>GEAUX TIME RESTAURANT GROUP, LLC, a Florida limited liability company<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 1:26-cv-21228-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GEAUX TIME RESTAURANT GROUP, LLC
Attn: Michael Riggle, Registered Agent
755 Grand Blvd
105B-182
Miramar Beach, FL 32550

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael V. Miller
USA EMPLOYMENT LAWYERS
1800 SE 10th Ave, Suite 205
Fort Lauderdale, Florida 33316
Ph: (954) 871-0050
Email: michael@usaemploymentlawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 02/24/2026

Angela E. Noble
Clerk of Court

s/ Micky Quezada
Deputy Clerk
U.S. District Courts